ELIZABETH E. FRANKLIN, CSB 88377
ATTORNEY AT LAW
333 N. Canyons Parkway, Suite 200
Livermore, CA 94551
Telephone: (925) 960-4764
Facsimile:  (925) 960-4880
Email: efranklinlaw@gmail.com
Attorney for Defendant PERFORMANT RECOVERY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAULA NEVINS,** | ) |
| | ) **Case No.:  C13-05309** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)** |
| **PERFORMANT RECOVERY, INC.** | ) |
| | ) Complaint served:      11/27/13 |
| | ) Current response date: 12/18/13 |
| **Defendant.** | ) New response date:     1/17/14 |

It is hereby stipulated by and between Plaintiff PAULA NEVINS and Defendant PERFORMANT RECOVERY, INC., through and by their respective counsel of record Herein that PERFORMANT RECOVERY, INC. has an extension of time to file a responsive pleading to the Complaint in the above titled action up to and including January 17, 2014.

//

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1) – CASE NO. C13-05309

Dated:  December 16, 2013

                                                        Respectfully submitted,

*/s/ Elizabeth E. Franklin*

ELIZABETH E. FRANKLIN, SBN 88377
ATTORNEY AT LAW
333 N. Canyons Parkway, Suite 200
Livermore, CA 94551
Telephone: (925) 960-4774
Facsimile:  (925) 960-4880
Email: efranklinlaw@gmail.com

Dated:  December 16, 2013

                                                        Respectfully submitted,

*/s/ Tammy Hussin*
TAMMY HUSSIN
LEMBERG & ASSOCIATES, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone: (855) 302-2100 ext. 5513
Email: thussin@lemberglaw.com

Dated: 12/17/13

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

(L.R. 6-1) – CASE NO. C13-05309