1 | Tammy Hussin, Esq. (Bar No. 155290)
2 | Lemberg & Associates, LLC
3 | 6404 Merlin Drive
4 | Carlsbad, CA 92011
  | Telephone (855) 301-2100 ext. 5514
5 | thussin@lemberglaw.com

6 | Lemberg & Associates, LLC
7 | A Connecticut Law Firm
  | 1100 Summer Street
8 | Stamford, CT  06905
  | Telephone:  (203) 653-2250
9 | Facsimile:  (203) 653-3424

10
11 | Attorneys for Plaintiff,
   | Paula Nevins

12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Paula Nevins, | Case No.: 3:13-cv-05309-JCS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of 60 days within which to complete the settlement and file a dismissal of the action.

By: ___/s/ Tammy Hussin___
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Paula Nevins

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 6, 2014, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on February 6, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Elizabeth E. Franklin<br>333 N. Canyons Parkway, Suite 200<br>Livermore, CA 94551 | **Attorney for Defendants Performant Recovery, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on February 6, 2014.

By: __/s/   Tammy Hussin__
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Paula Nevins